UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WILLIAM D. MORRIS**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1092 (RCL) |
| ) | |
| **FEDERAL BUREAU OF PRISONS**, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF ATTORNEY APPEARANCE**

The Clerk of the Court will please enter the appearance of Kathleen Konopka, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,

/s/
KATHLEEN KONOPKA
Assistant United States Attorney
555 Fourth St., N.W.
Washington, DC  20530
202-616-5309

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this **2nd** day of Spetember 2005, a true and correct copy of the above *Notice of Appearance* was served by postage pre-paid mail to:

        William D Morris
        R 51802-083
        Seymour Johnson FPC
        Caller Box 8004
        Goldsboro NC 27533-8004
        *pro se Plaintiff*

        /s/
        KATHLEEN KONOPKA
        Assistant United States Attorney