UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM D. MORRIS,           )<br>                              )<br>        Plaintiff,           )<br>                              )<br>    v.                        )     Civil Action No. 05-1092 (RCL)<br>                              )<br>BUREAU OF PRISONS_____ )<br>                              )<br>                              )<br>        Defendant.            )<br>_____) | |

MOTION TO DISMISS CASE AS MOOT

Defendant Bureau of Prisons respectfully moves the Court, pursuant to Federal Rule of Civil Procedure 12(b)(1), to dismiss this action against it as moot. In support of this motion, Defendant states as follows:

Plaintiff is an federal inmate currently serving a sentence following conviction for possessing a firearm as a convicted felon pursuant to 18 U.S.C. 922(g). (Plaintiff's Complaint ("Compl.") at 1-2). On or about June 2, 2005, Plaintiff filed this action challenging defendant's stated intention, upon plaintiff's release from prison in 2007, to notify state and local law enforcement authorities of plaintiff's conviction for a "crime of violence" pursuant to 18 U.S.C. § 4042(b). (Compl. at 2). Plaintiff seeks injunctive relief in the form of re-classification as a non-violent offender and exemption from the notification requirements of 18 U.S.C. § 4042(b). (Compl. at 3-4).

Defendant has re-reviewed plaintiff's file, the statute at issue, and defendant's applicable policy statements, and found that defendant's original classification as a violent offender and the anticipated notification constituted error on its part. See Declaration of Karen K. Brewer ("Decl.") (attached). Thus, Plaintiff's classification has been modified, and he will no longer be subject to the notification requirements of 18 U.S.C. § 4042(b) upon his release. (Decl.). Plaintiff has already been notified of these changes. (Decl.).

"Article III of the Constitution confines the federal courts to adjudicating actual cases and controversies." Allen v. Wright, 468 U.S. 737, 750 (1984). Indeed, "[t]o be justiciable . . . the

conflict between the litigants must present a "case or controversy" both at the time the lawsuit is filed <u>and</u> at the time it is decided. If intervening factual or legal events effectively dispel the case or controversy during pendency of the suit, the federal courts are powerless to decide the questions presented." <u>Ross v. Reed,</u> 719 F.2d 689, 693-94 (4th Cir. 1983) (emphasis in the original). Thus, "a case becomes moot 'when the issues presented are no longer "live," or the parties lack a legally cognizable interest in the outcome.'" <u>Murphy v. Hunt</u>, 455 U.S. 478, 481 (1982) (internal citations omitted).

There is no longer a case or controversy apparent in this matter for the Court to resolve. The relief that plaintiff sought from the Court, to be reclassified and to be held exempt from the notification requirements of 18 U.S.C. § 4042(b), is manifest in the actions taken by defendant. Plaintiff is no longer classified as having been convicted of a "crime of violence," and will not be subject to the notifications provided for by statute. Thus, this case is properly deemed moot and should be dismissed.

WHEREFORE, Defendant requests that this Court enter an order dismissing the action against it in this matter.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, DC Bar #451058
United States Attorney


_____
R. CRAIG LAWRENCE, DC Bar #171538
Assistant United States Attorney


_____
KATHLEEN KONOPKA
Assistant United States Attorney

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that service of the foregoing Motion To Dismiss Case as Moot and the attached Declaration of Karen K. Brewer and Proposed Order has been made by mailing copies thereof to:

WILLIAM D. MORRIS
Registration No. 51802-083
F.P.C. Seymour Johnson
Caller Box 8004
Goldsboro, NC 27533-8004

on this ____ day of September, 2005

 

_____
KATHLEEN KONOPKA
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.; Room E4412
Washington, D.C. 20001
(202) 616-5309