UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WILLIAM DANIEL MORRIS
    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS
    Defendant.

Civil Action No.1:05CV01092

## DECLARATION OF KAREN K. BREWER

I, Karen K. Brewer, hereby declare and state the following:

1. I am and have been a Case Manager at the Federal Prison Camp Seymour Johnson, in North Carolina, Federal Bureau of Prisons (BOP) since May 2000.

2. William Daniel Morris, Register Number 51802-083, is currently an inmate assigned to a housing unit under my supervision. In the course of carrying out my duties, I have access to inmate files and records. I have reviewed the file of Inmate Morris, the requests for administrative remedies attached to the inmate's civil complaint outlining his challenge to his classification and corresponding notification requirement, and the applicable BOP policy statements.

3. Inmate Morris' classification requiring notification due to a conviction of a crime of violence has been changed. As a result, he will not be subject to the state notification requirements spelled out in BOP policy. I informed Inmate Morris of the change in his classification on September 22, 2005.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 22 of September, 2005.

Karen K. Brewer
Case Manager
Federal Prison Camp
Seymour Johnson, North Carolina