UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM D. MORRIS          )<br>                            )<br>     Plaintiff,            )<br>                            )<br>  v.                        )<br>                            )<br> BUREAU OF PRISONS,         )<br>                            )<br>     Defendant.            )<br>_____) | Civil Action No. 05-1092 (RCL) |

ORDER

UPON CONSIDERATION of the Motion To Dismiss Case as Moot, the grounds stated therefor, and the entire record herein, it is on this _____ day of _____, 2005, hereby

ORDERED that the said motion should be and hereby is granted; and it is

FURTHER ORDERED that plaintiff's complaint be and hereby is dismissed.

                                                         _____
                                                         UNITED STATES DISTRICT JUDGE


KATHLEEN KONOPKA
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Room E4412
Washington, D.C.  20530

WILLIAM D. MORRIS
Registration No. 51802-083
F.P.C. Seymour Johnson
Caller Box 8004
Goldsboro, NC 27533-8004