UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM DANIEL MORRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1092 (RCL) |
| ) | |
| FEDERAL BUREAU OF PRISONS, ) | |
| ) | |
| Defendant. ) | |

**FILED**
SEP 2 8 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Defendant has filed a motion to dismiss for lack of jurisdiction or to dismiss as moot. Plaintiff is proceeding *pro se*. The Court will rule on defendant's motion taking into consideration the facts proffered by plaintiff in his complaint, along with his response or opposition to the motion, and the entire record of the case.

If plaintiff fails to respond to the motions, the Court may assume that the motion is conceded and may grant the motion and dismiss the case. *See Fox v. Strickland*, 837 F.2d 507, 509 (D.C. Cir. 1988). Accordingly, it is this 27th day of September, 2005,

**ORDERED** that plaintiff shall respond to the defendant's motion to dismiss no later than 30 days from the date of this Order. If plaintiff does not respond by that date, the Court may treat the motion as conceded and enter judgment in favor of the defendant.

Royce C. Lamberth
ROYCE C. LAMBERTH
United States District Judge