UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WILLIAM DANIEL MORRIS,           )
                                 )
       Plaintiff,                )
                                 )
v.                               )   Civil Action No. 05-1092 (RCL)
                                 )
FEDERAL BUREAU OF PRISONS,       )
                                 )
       Defendant.                )

### ORDER OF DISMISSAL

This matter comes before the Court on Defendant'S motion to dismiss, filed September 23, 2005. Plaintiff is appearing *pro se*. The Court ordered Plaintiff to respond to the motion by October 27, 2005. The Court advised Plaintiff that failure to respond could result in dismissal of the action and entry of judgment in favor of the Defendant. *See Fox v. Strickland*, 837 F.2d 507, 509 (D.C. Cir. 1998).

As of this date, Plaintiff has not filed a response to the motion to dismiss. Accordingly, it is this 12th day of January, 2006

**ORDERED** that Defendant's Motion to Dismiss [Dkt.# 10] is **GRANTED**. It is **FURTHER ORDERED** that the case is **DISMISSED WITHOUT PREJUDICE**.

This is a final appealable order. *See* Fed. R. App. P. 4(a).

/s/ Royce C. Lamberth
ROYCE C. LAMBERTH
United States District Judge